RACHEL I. BURT, Respondent, v. HARRIETT W. PETERS and Others, Defendants, Impleaded with L. M. BERKELEY and FLORA H. MACIVOR, Appellants.— Judg-

ment and orders affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.